

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

BRITTANY J. FINDER
Labor and Employment Law Division
phone: (212) 356-0890
fax: (212) 356-2439
email: bfinder@law.nyc.gov

November 27, 2019

**Via ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Roy Wein v. New York City Department of Education*
            Civil Action No.: 18-CV-11141-PAE
            Law Dept. No.: 2018-089395

Dear Judge Engelmayer:

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant New York City Department of Education, in the above-referenced matter. After receipt of Your Honor's Order of Friday, November 22nd, Defendant attempted to revise the proposed stipulations. A revised version was sent to Plaintiff's counsel on Monday, November 25th. Plaintiff's counsel was unsatisfied with the revision and sent a counter proposal last night at 11pm. Defendant, in turn, responded this afternoon with further revisions at approximately 2pm and requested Plaintiff's assent, or at least comments, on this new revision. At 4:18pm, we received Plaintiff's response. It appears that the parties have not yet reached a full agreement, but given additional time, may be able to do so. I regret that the parties have not been able to resolve their differences within the timeframe set by this Court. I believe that further efforts to reach an agreement are worthwhile. Consequently, I request, albeit at this late hour, an additional week to negotiate and discuss the proposed stipulations with Plaintiff's counsel.

        I regret any inconvenience and thank the Court for its attention to this matter.

                              Respectfully submitted,

                              /s/
                              Brittany J. Finder
                              Assistant Corporation Counsel

cc:  Bryan Glass (by ECF)
     Attorney for Plaintiff

12/2/19

The Court grants a final extension to December 9, 2019 for the parties to submit a joint statement of facts. Defendant's motion is due December 16, 2019. Plaintiff's opposition remains due January 3, 2020. Defendant's reply is due January 13, 2019.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge