

| | THE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRITTANY J. FINDER**<br>Labor and Employment Law Division<br>phone: (212) 356-0890<br>fax: (212) 356-2439<br>email: bfinder@law.nyc.gov |

December 9, 2019

**Via ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Roy Wein v. New York City Department of Education*
            Civil Action No.: 18-CV-11141-PAE
            Law Dept. No.: 2018-089395

Dear Judge Engelmayer:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant New York City Department of Education, in the above-referenced matter. The parties have been diligent in their efforts to reach an agreement within the timeframe set by the Court. The parties believe they will be able to reach a full agreement by tomorrow morning. Consequently, the parties request, albeit at this late hour, a brief extension until 12pm tomorrow, December 10th, to finalize the proposed stipulations.

    I regret any inconvenience and thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    /s/
                                  Brittany J. Finder
                                  Assistant Corporation Counsel

---

Granted. The Court orders the parties to submit a single joint statement of undisputed facts representing the truly undisputed facts to which they agreed. As defendant notes, "it is necessary that the record be unambiguous concerning" which facts the parties have stipulated to. Dkt. 38. Any facts to which the parties do not agree should not be included in the parties' joint statement. Rather, such topics should be addressed in the parties' Rule 56.1 statements and memoranda of law.

SO ORDERED.   *Paul A. Engelmayer*   12/10/19
_____
           PAUL A. ENGELMAYER
           United States District Judge