UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROY WEIN, | 18 Civ. 11141 (PAE) |
| --- | --- |
| Plaintiff, | ORDER |
| -v- | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

Following a case management conference on October 25, 2019, the Court set a deadline of November 15, 2019 for the parties to submit a joint statement of stipulated facts. Since then, counsel—led by counsel for plaintiff, Bryan D. Glass, Esq., who has been revealed as the primary malfeasor by the letters, affidavits, and declarations provided by counsel during this process—have repeatedly missed deadlines. *See* Dkts. 26–38. The Court has, in turn, repeatedly expressed its dismay, warned counsel, and granted *post hoc* extensions after each missed deadline and new disputatious letter from counsel. *See* Dkts. 27, 29, 32, 35. The Court's most recent extension gave counsel until noon on December 10, 2019 to submit a single statement of truly undisputed facts. Dkt. 38. Counsel have missed this deadline as well.

To the extent the parties still intend to submit a proper joint statement of facts, the final deadline is Monday, December 16, 2019 at noon. The Court *sua sponte* grants a one-day extension for defendant's motion, which is now due December 17, 2019. Plaintiff's opposition remains due January 3, 2020. Defendant's reply remains due January 13, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 13, 2019
New York, New York