# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROY WEIN,

                Plaintiff,                18 **CIVIL** 11141 (PAE)

    -against-                  **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 19, 2020, the DOE's motion for summary judgment is granted in full; accordingly, the case is closed.

**Dated:**  New York, New York
          August 19, 2020

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

**BY:**  *K. Mango*

                              **Deputy Clerk**